# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

## NO. 03-18-00858-CV

**CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.;
Ryland Homes of Texas, Inc.; RH of Texas Limited Partnership;
and The Ryland Group, Inc., Appellants**

**v.**

**AG Masonry, LLC; Barker Roofing & Sheet Metal, Inc.;
Builders Firstsource-South Texas, L.P.; DJ Plastering, LLC;
Kenyon Plastering, Inc.; Lossen Bros., Inc.; Monreal Framing Corporation;
and Wortham Bros., Inc., Appellees**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANTS' MOTION—OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the district court on December 3, 2018. CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.; Ryland Homes of Texas, Inc.; RH of Texas Limited Partnership; and The Ryland Group, Inc. have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.